**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**MEMO ENDORSED**

| NEW YORK CITY OFFICE | WHITE PLAINS OFFICE |
|---|---|
| 305 BROADWAY | 175 MAIN STREET |
| SUITE 1400 | SUITE 800 |
| NEW YORK, NY 10007 | WHITE PLAINS, NY 10601 |
| OFFICE: (212) 962-1333 | OFFICE: (914) 358-5998 |
| FAX: (212) 962-1778 | FAX: (914) 761-0995 |

January 13, 2020

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

      **Re:**  **United States v. Christopher Coleman**
         **12 Cr. 283 (KMK)**
         **Motion to Amend Judgment**

Dear Judge Karas:

  I was assigned pursuant to CJA to represent Mr. Coleman for his Violation of Supervised Release ("VOSR") in the above matter, which arose as a result of his arrest and subsequent conviction, under 17 Cr. 419 (KMK), for a drug conspiracy and possession of a firearm in furtherance of the conspiracy. For that case, on July 20, 2018, the Court sentenced the defendant to 84 months for Count One, 21 USC §841(b)(1)(B); and 60 months for Count Two, 18 USC §924(c) to run consecutive to Count One, for a total sentence of 144 months' imprisonment. (See, 17 Cr. 419, ECF Doc. No. 146, Judgment attached hereto). For the VOSR, the Court sentenced the defendant to 24 months' imprisonment for Specifications 1 and 2, to run concurrent with each other. (See, ECF Doc. No. 22, VOSR Judgment attached hereto). Finally, Your Honor ordered that the 24 months' sentence imposed for the VOSR was to run concurrent to the 144 months' imprisonment imposed under 17 Cr. 419 (KMK). (See, Sentencing Tr., P. 50, Lines 15-18, attached hereto).

  By letter to the Court from the defendant dated December 3, 2019 (See, 17 Cr. 419, ECF Doc. No. 202), the defendant complains that the Bureau of Prisons has calculated his sentence for the VOSR to run consecutive, for a total sentence of 168 months' imprisonment. This is apparently due to an inadvertent omission in the Judgment to specifically direct the VOSR sentence to run concurrent to the 144 months.

  Accordingly, pursuant to Fed. R. Crim. P. 36, I write to the Court to request that the Judgment for the VOSR be amended to correct the aforementioned omission, to order that the sentence run concurrently. I am informed that the Government joins in this application.

  As always, thank you, Your Honor, for your consideration.

*Granted-*
*So Ordered-*
*KMK*

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:  AUSA Samuel Raymond (By ECF)  1/15/20